UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
RANCE WRIGHT

       -v-

UNITED STATES OF AMERICA
------------------------------X

ORDER
CV05-1440 (JBW)

      The Magistrate Judge is to appoint counsel from the Habeas Corpus Panel to represent the petitioner. An evidentiary hearing is set for August 9, 2005, at 11:30a.m. Counsel for petitioner at his sentence is to appear as a witness regarding the nature of his representation.

                                         SO ORDERED

                                         JACK B. WEINSTEIN
                                         SR. U.S.D.J.

DATED: 7/5/05