UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANCE WRIGHT,

                            Petitioner,

  -against-

UNITED STATES OF AMERICA,

                          Respondent.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 13 2005 ★
BROOKLYN OFFICE

JUDGMENT
05-CV-1440 (JBW)

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on October 7, 2005, denying the petition for the reasons stated on the record during the October 3, 2005 evidentiary hearing; and ordering that a Certificate of Appealability is denied; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition is denied for the reasons stated on the record during the October 3, 2005 evidentiary hearing; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
        October 12, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court